IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00139-BNB

JAY DEVAUGHN,

    Plaintiff,

v.

UNNAMED BUREAU OF PRISONS GUARD, R.&D., Englewood FCI,
UNNAMED BUREAU OF PRISONS GUARD, R.&D., Englewood FCI, and
LIEUTENANT SOLIS,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 23, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge