IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00139-LTB-KLM

JAY DEVAUGHN

      Plaintiff,

v.

LIEUTENANT SOLIS, Englewood FCI,
UNNAMED BUREAU OF PRISONS GUARD, R&D, Englewood FCI, and
UNNAMED BUREAU OF PRISONS GUARD, R&D, Englewood FCI,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for Request to Amend Complaint** [#16][1] (the "Motion).

      IT IS HEREBY **ORDERED** that the Motion[#16] is **DENIED without prejudice**. If Plaintiff, who proceeds in this matter *pro se*, is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15, and which includes the proposed Amended Complaint as a document separate from the Motion. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint.

      Dated: May 20, 2014

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.