**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-00139-LTB

JAY DEVAUGHN,

        Plaintiff,

v.

UNNAMED BUREAU OF PRISONS GUARD, R.&D., Englewood FCI,
UNNAMED BUREAU OF PRISONS GUARD, R.&D., Englewood FCI, and
LIEUTENANT SOLIS,

        Defendants.

**ORDER**

        This case is before me on the recommendation of the Magistrate Judge issued and served on December 11, 2014 (Doc 60). Plaintiff has filed written Objections (Doc 61). Therefore, I have reviewed the file and record in this matter *de novo* and accordingly, it is

        ORDERED that the recommendation is accepted as follows:

        1.    Defendant Solis' Motion to Dismiss (Doc 24) is GRANTED IN PART to the extent it seeks dismissal of Plaintiff's claims against Defendant Solis because they are time-barred, and those claims are DISMISSED WITH PREJUDICE.

        2.    The Motion to Dismiss by Defendants Gould and C. Hendenskog (Doc 38) is GRANTED and the claims asserted against Defendants Hendenskog and Gould are DISMISSED WITH PREJUDICE as time-barred.

        3.    Plaintiff's Motions to Amend Amended Complaint (Docs 46 and 52) are

DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE as to all Defendants.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   December 30, 2014