IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00139-LTB-KLM

JAY DEVAUGHN,

    Plaintiff,

v.

C. HENDENSKOG, Prison Guard,
GOULD, Prison Guard, and
ANDRES SOLIS, Lieutenant, Englewood FCI,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on December 30, 2014, incorporated herein by reference, it is

ORDERED that the recommendation of the Magistrate Judge is ACCEPTED. It is

FURTHER ORDERED that Defendant Solis' Motion to Dismiss is GRANTED IN PART to the extent it seeks dismissal of Plaintiff's claims against Defendant Solis because they are time-barred, and those claims are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the Motion to Dismiss by Defendants Gould and C. Hendenskog is GRANTED and the claims asserted against Defendants Hendenskog and Gould are DISMISSED WITH PREJUDICE as time-barred. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, C. Hendenskog, Gould, and Andres Solis and against Plaintiff, Jay DeVaughn. It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

It is

    FURTHER ORDERED that Plaintiff's Amended Complaint and this civil action are DISMISSED WITH PREJUDICE as to all Defendants.

    DATED at Denver, Colorado this 31st day of December, 2014.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/E. Buchanan
    E. Buchanan, Deputy Clerk